UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRUCE WHITE,                                              NO.  CV 13-8512-DOC (AGR)

             Petitioner,                            JUDGMENT

   v.

STATE OF CALIFORNIA,

             Respondent.

      Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED:  August 12, 2014

_____

DAVID O. CARTER
United States District Judge